**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **ELAN RICKY-KEONI RADER** | **CIVIL ACTION NO. 21-4201 Sec. P** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **SERGEANT CLAY, ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge [Doc. No. 15] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Elan Ricky-Keoni Rader's requests for injunctive relief are **DISMISSED as moot**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's remaining claims are **DISMISSED** as frivolous and for failing to state claims on which relief may be granted.

MONROE, LOUISIANA, this 16th day of May 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**